THE HONORABLE DAVID W. CHRISTEL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VALERIE REVELL, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>VILLAGEPLAN CARE OPTIONS, LLC, a Washington Limited Liability Company,<br><br>                    Defendant. | No. 3:21-cv-05548-RAJ-DWC<br><br>STIPULATION AND RULE 502(d) ORDER |

## I.  STIPULATION

The parties stipulate and agree that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, should not constitute a waiver of the privilege or protection from discovery in this case or in any other proceeding. The Court's Order should be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Any party receiving evidence that is potentially privileged should promptly return such evidence to the producing party and, if disputed, returned evidence may be the subject of discovery conference and motion practice.

STIPULATION AND RULE 502(d) ORDER - 1
(Case No. 3:21-cv-05548-RAJ-DWC)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

The Court's Order should not serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

DATED this 15th day of February, 2022.                    DATED this 15th day of February, 2022.

JACKSON LEWIS P.C.                                        HKM EMPLOYMENT ATTORNEYS LLP

By: *s/ Bryan P. O'Connor*                                By: *s/ Rachel M. Emens*
    Bryan P. O'Connor, WSBA #23867                      Jason A. Rittereiser, WSBA No. 43628
    Jonathan M. Minear, WSBA #41377                      Rachel M. Emens, WSBA No. 49047
    520 Pike Street, Suite 2300                          Henry Brudney, WSBA No. 52602
    Seattle, WA 98101                                    600 Stewart Street, Suite 901
    Telephone: 206-405-0404                              Seattle, WA 98101
    Bryan.OConnor@jacksonlewis.com                       jrittereiser@hkm.com
    Jonathan.Minear@jacksonlewis.com                     remens@hkm.com
                                                         hbrudney@hkm.com

Counsel for Defendant                                     Counsel for Plaintiff

STIPULATION AND RULE 502(d) ORDER - 2
(Case No. 3:21-cv-05548-RAJ-DWC)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II. ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated this 16th day of February, 2022.

David W. Christel
United States Magistrate Judge

Presented by:

DATED 15th day of February, 2022.

JACKSON LEWIS P.C.

By: *s/ Bryan P. O'Connor*
    Bryan P. O'Connor, WSBA #23867
    Jonathan M. Minear, WSBA #41377
    520 Pike Street, Suite 2300
    Seattle, WA 98101
    Telephone: 206-405-0404
    Bryan.OConnor@jacksonlewis.com
    Jonathan.Minear@jacksonlewis.com

Counsel for Defendant

DATED this 15th day of February, 2022.

HKM EMPLOYMENT ATTORNEYS LLP

By: *s/ Rachel M. Emens*
    Jason A. Rittereiser, WSBA No. 43628
    Rachel M. Emens, WSBA No. 49047
    Henry Brudney, WSBA No. 52602
    600 Stewart Street, Suite 901
    Seattle, WA 98101
    jrittereiser@hkm.com
    remens@hkm.com
    hbrudney@hkm.com

Counsel for Plaintiff

STIPULATION AND RULE 502(d) ORDER - 3
(Case No. 3:21-cv-05548-RAJ-DWC)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404